# Court of Appeals
## Tenth Appellate District of Texas

10-25-00418-CV

In re Pavement Marking, LLC d/b/a PMI Pavement Marking, Inc.

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator Pavement Marking, LLC d/b/a PMI Pavement Marking, Inc.'s petition for writ of mandamus, filed on November 12, 2025, is denied.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: December 11, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Denied
OT06

